IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03447-LTB

DeANDRE D. PRUITT,

        Plaintiff,

v.

R/N DEBERKOW,
MAJOR ALLEN,
C/O KIRKENDALL,

        Defendants.

---

## JUDGMENT

---

        Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 2, 2014, it is hereby

        ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

        DATED at Denver, Colorado, this 2 day of January, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/  T.Lee
                             Deputy Clerk